## Commonwealth, Appellant, *v.* Thal et al.

Submitted March 26, 1974. *Mark Sendrow* and *David Richman,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellant; *John Rogers Carroll* and *Robert E. Gabriel,* for appellees.

Order affirmed.

## Commonwealth, Appellant, *v.* Tucker.

Submitted March 22, 1974. *Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellee.

Order affirmed.